**United States Bankruptcy Court**
**Central District of California**

In re MLM OREGON, LLC
Debtor(s)

Case No.
Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Marvin Markowitz, declare under penalty of perjury that I am the Managing Memeber of MLM OREGON, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 3rd day of November, 20 26.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Marvin Markowitz, Managing Memeber of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Marvin Markowitz, Managing Memeber of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Marvin Markowitz, Managing Memeber of this Corporation is authorized and directed to employ Thomas B. Ure, attorney and the law firm of Ure Law Firm to represent the corporation in such bankruptcy case."

Date 11/3/26

Signed
Marvin Markowitz

Resolution of Board of Directors
of
**MLM OREGON, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Marvin Markowitz, Managing Memeber of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Marvin Markowitz, Managing Memeber of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Marvin Markowitz, Managing Memeber of this Corporation is authorized and directed to employ Thomas B. Ure, attorney and the law firm of Ure Law Firm to represent the corporation in such bankruptcy case.

Date 11/3/26 Signed ______________________
Marvin Markowitz

Date ______________________ Signed ______________________